IN RE ESTATE OF STEWART, DECEASED.

[Cite as *In re Estate of Stewart* (2001), 92 Ohio St.3d 239.]

(No. 00–1233—Submitted June 20, 2001—Decided July 11, 2001.)

The judgment of the court of appeals is reversed, and the judgment of the trial court is reinstated on the authority of *Holeton v. Crouse Cartage Co.* (2001), 92 Ohio St.3d 115, 748 N.E.2d 1111.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK, J., dissents.

LUNDBERG STRATTON, J., dissents.

LUNDBERG STRATTON, **J., dissenting.** I respectfully dissent for the reasons set forth in the dissenting opinions of Chief Justice Moyer and Justice Cook in *Holeton v. Crouse Cartage Co.* (2001), 92 Ohio St.3d 115, 135–142, 748 N.E.2d 1111, 1128–1135.

*Nurenberg, Plevin, Heller & McCarthy Co., L.P.A., David M. Paris* and *Kathleen J. St. John,* for appellant.